UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN BRECHEIS,

    Plaintiff,

- against -

BUZZWORTHY, INC.

    Defendant.

Case No. 20-cv-958-JSR

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04-05-2020
```

## ~~(PROPOSED)~~ ORDER

Because the parties have reached a settlement in principle, the Court hereby administratively dismissed the above-captioned case with the right to reopen the case within 60 days if the parties have not submitted a notice of voluntary dismissal.

SO ORDERED:

                                                 _____
                                                 United States District Judge

                                               04-05-2020